IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darrine Chieves, | C/A: 3:13-1152-JFA-KFM |
| Plaintiff, | |
| vs. | ORDER |
| United States District Court; Richland County; FBI Agency, | |
| Defendants. | |

Plaintiff, proceeding *pro se,* filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order dated May 12, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. Plaintiff was also advised that he must keep the Clerk advised of his proper address, however, he failed to notify the Clerk of his address change.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the complaint should be dismissed in accordance with Rule

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

41(b) of the Federal Rules of Civil Procedure. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without a hearing.

The plaintiff was also advised of his right to file objections to the Report and Recommendation, which was entered on the docket on June 11, 2013. However, the plaintiff did not file any objections to the Report within the time limits prescribed.

In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, this action is dismissed with prejudice under Rule 41(b) for failure to prosecute

IT IS SO ORDERED.

July 17, 2013                               Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge

2